SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
OMAR LUNA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FLAIR CLEANERS, INC.; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-03158-CJC (MAAx)<br><br>**NOTICE OF ERRATA RE ECF NO. 14** |

　　TO:　THE HONORABLE COURT AND THE CLERK

　　Plaintiff hereby submits this Notice of Errata re ECF No. 14.

　　The documents labeled as Notice of Voluntary Dismissal was inadvertently filed. Thus, Plaintiff requests that ECF No. 14 be taken out of the system and not considered by the Court.

　DATED: June 10, 2021　　　　　　　　**SO. CAL EQUAL ACCESS GROUP**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　　　　JASON J. Kim
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF ERRATA - 1